# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON 7/12/2013
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Anthony Spruill, Jr. | )<br>)<br>)<br>)<br>) | <br><br>Case No: 5:08-CR-45-1BO<br>USM No: 51097-056 |
| Date of Original Judgment:　　September 11, 2008<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) | Thomas P. McNamara<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
　　☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __77__ months **is reduced to** __63 months.__
The 60-month consecutive sentence in Count 3 remains unchanged.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated __September 11, 2008__
shall remain in effect. **IT IS SO ORDERED.**

Order Date: __7-12-13__　　　　__/s/ Terrence Boyle__
　　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

Effective Date: _____　　　Terrence W. Boyle, U.S. District Judge
*(if different from order date)*　　*Printed name and title*

EDNC Rev. 11/8/2011